IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E. PUBLER, | No. C 11-06229 YGR (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| JOHN DOES, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner, has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983.

The acts complained of occurred at the California State Prison - Los Angeles County, which is located in the Western Division of the Central District of California, and it appears that Defendants reside in that district.  Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the Western Division of the United States District Court for the Central District of California.  The Clerk of the Court shall transfer the case forthwith.  All remaining motions are TERMINATED on this Court's docket as no longer pending in this district.

IT IS SO ORDERED.

DATED: January 26, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

**United States District Court**
For the Northern District of California